# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cheryl Jummie Ready, Personal Representative of the Estate of Jimmy Lee Ready, Sr., <br> *Plaintiff* <br> v. | Civil Action No.      3:11-3272-MBS |
| Craig Scott Fairchock and Patricia Fairchock and Outdoor Designs, Inc., <br> *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the Plaintiff, Cheryl Jummie Ready, Personal Representative of the Estate of Jimmy Lee Ready, Sr., shall recover of the Defendants, Craig Scott Fairchock and Patricia Fairchock and Outdoor Designs, Inc., the sum of Four Hundred Twelve Thousand Five Hundred and 00/100 ($412,500.00) Dollars. The funds are to be allocated with Five Hundred and 00/100 ($500.00) Dollars to the Estate of Jimmy Lee Ready Sr., for the survival claim and Four Hundred Twelve Thousand ($412,000.00) Dollars for the wrongful death claim. This sum includes attorneys' fees in the amount of One Hundred Thirty-Seven Thousand Five Hundred and 00/100 ($137,500.00) Dollars, costs in the amount of Two Thousand Seven Hundred Thirty-One and 19/100 ($2,731.19) Dollars with the remaining Two Hundred Seventy-One Thousand Seven Hundred Sixty-Eight and 81/100 ($271,768.81) Dollars to be split equally between the beneficiaries made payable to Jackie Ready Sanderson in the amount of Sixty-Seven Thousand Nine Hundred Forty Two and 20/100 ($67,942.20) Dollars, Angelique Heisserer in the amount of  Sixty-Seven Thousand Nine Hundred Forty Two and 20/100 ($67,942.20) Dollars, Jimmy Lee Ready, Jr., in the amount of Sixty-Seven Thousand Nine Hundred Forty Two and 20/100 ($67,942.20) Dollars and Cheryl Jummie Ready in the amount of Sixty-Seven Thousand Nine Hundred Forty Two and 20/100 ($67,942.20) Dollars and this case is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge presiding.  The issues having been heard and a decision has been rendered.


Date:   November 2, 2012                                      *CLERK OF COURT*


                                                          s/Angie Snipes
                                              _____
                                                  *Signature of Clerk or Deputy Clerk*